# United States Bankruptcy Court
# for the District of Oregon

**Frank R. Alley, III, Chief Judge**
Barbara D. Ivey, Judicial Assistant
Lee D. Brice, Law Clerk



405 East Eighth Ave., Suite 2600
Eugene, Oregon 97401
(541) 431-4055
FAX: (541) 431-4048

October 21, 2010

Mrs. Barbara K. Parmenter
5729 Main Street, PMB 302
Springfield, OR  97478

RE:   Case No. 09-60875-fra11     BARBARA K. PARMENTER
      Request for Appointment of Counsel

Dear Mrs. Parmenter:

    I have reviewed your letter of October 8, 2010, addressed to former clerk Terrence Dunn, and the letter's enclosure. I have directed that the letter and the enclosure be included in the formal record of this case. In response to your request:

    1. The Court has no authority to appoint counsel at public expense to represent you. I am not aware of any provision of the Americans with Disabilities Act or other statute that requires the judiciary to expend public funds to employ an attorney for an individual in a private dispute. Your citation to Title 18 of the U.S. Code is misplaced, because that provision is limited to the appointment of counsel for indigent defendants in criminal prosecutions.

    2. This is not to say that you are not entitled to the assistance of an attorney. You are free at any time to employ an attorney to assist you in this matter, so long as it is understood that you do so at your own expense.

    3. For the purpose of accommodating you in courtroom procedures, I have accepted at face value your assertions that you require assistance due to disabilities. However, it must be clearly understood that it is your responsibility to arrange for any assistance you need prior to each hearing, and it is your responsibility to compensate any persons employed to assist you. You may file a proof of claim seeking to recover these expenses, however the Court will only consider such claims after interested parties have had an opportunity to be heard.

Very truly yours,

FRANK R. ALLEY, III
Chief Bankruptcy Judge

FRA:bdi

cc:  Mr. Kenneth Eiler, Mr. Brad Summers, Mr. R. Scott Palmer, Office of the U.S. Trustee