ORIGINAL

Barbara K. Parmenter
5409 Ivy Street
Springfield, Oregon 97478
Telephone No. (541) 937-1234
Fax No. (541) 746-1461

ELEY U.S. ORIGINAL COURT
DISTRICT OF OREGON

2015 MAY -7 PM 4: 13

_____ P _____
_____ DOC _____

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF OREGON

BARBARA K. PARMENTER

Debtor.

CASE NO. 09-60875-fra11

MOTION ADDING NEW CREDITORS:

BAYVIEW SERVICING, INC.; OCWEN LOAN SERVICING; NATIONSTAR MORTGAGE L.L.C.; HAYDEN HOMES, INC.

1.

### NOTICE OF SPECIAL VISITATION

Please take notice that Barbara K. Parmenter makes a special visitation and has made previous special visitations demanding all rights at all times and waiving no rights at any time, especially her right to challenge jurisdiction in the first instance and to preserve her right to due process of law.

2.

A fundamental Constitutional guarantee that all legal proceedings will be fair and that one will be given notice of the proceedings, and an opportunity to be heard before the government acts to take away one's life, liberty, or property.

3.

Debtor was given a continuance by the court after she had reopened her Bankruptcy case to object to actions against her and her properties. The court then dismissed her claims against the named lenders before she had filed the fourth claim against OCWEN. The following lender or mortgage companies are attempting to foreclose upon the properties that the court had revested to Debtor free and clear of any liens after the lenders were instructed they could not attempt to collect from the supposed lien or from

1

the Debtor. Debtor assumed that when the current creditors purchased or somehow acquired the original invalid claims that their conversions or transfer to a new organization or collector would not change the status of the invalid liens if any of the liens even existed.

4.

Debtor believed since the plan had been confirmed and all other court issues had been finalized including the "Order" with the word discharge on it, that all matter had been finalized automatically. At the time the court finalized its actions Debtor had been hospitalized and had a long recovery from a double surgery. Debtor was advised by an employee of Bayview that she, the debtor, had not received all of the information from the court and the employee sent her an Order stating there had been no discharge, which Debtor had not received, and has attempted to address.

5.

Debtor has advised the courts that due to her communications disabilities from multiple traumatic brain injuries she cannot access the courts records. Debtor has petitioned for and has been denied effective accommodations several times. She requested that all court documents be mailed to her address at 5409 Ivy Street, Springfield, Oregon 97478.

6.

A California attorney soliciting class action cases advised Debtor that she had not recorded the free and clear information in the Bankruptcy or County records as was necessary, even though the ORDER was sent to all of the effected parties. Trustee Eiler had never mentioned this to debtor, nor had "he" recorded the ORDER. Similarly Eiler also took her sizable inheritance violating the Trust's spend-thrift clause which prevented her from redeeming her Lakefront property. Consequently the 38 West Lakeview properties was sold.

7.

Debtor has petitioned this court numerous times for accommodations to her disabilities that have been verified by her health care providers and acknowledged by this court. Debtor's communications

2

disabilities and comprehension problems caused by traumatic brain injuries have continued to be worsened by the repeated court actions, as was previously advised. Debtor's disabilities significantly hinder her securing an attorney and she is not qualified to represent herself.

8.

Due to the financial conflict of interest with debtor and every Oregon State Bar member and the State of Oregon it is questionable if she can ever receive due process. This situation was created by Oregon's "UNIQUE" government structure and the self-insuring portion of the Oregon State Bar. The continued exacerbation of Debtor's disabilities could be seriously lessened if she were given effective legal assistance.

9.

Again Debtor requests the court to petition for a pro bono attorney from the United States Court of Appeals for the Ninth Circuit's attorney pool to satisfy the requirements mandated under the Communications Interpreter's Act (CIA), and she be granted additional time to initiate effective representation.

10.

Debtor requests the court issue any additional injunction that will prevent future lending companies from attempting or from foreclosing on the revested free and clear properties as addressed in the ORDER of June 10, 2011. See attached.

Respectfully submitted this 7th day of May 2015.

Barbara K. Parmenter, Pro Se

3

## CERTIFICATE OF SERVICE

I, Barbara K. Parmenter, herein certify that on this day, May 8, 2015, I prepared a true copy of the MOTION ADDING NEW CREDITORS for Bankruptcy Case No 09-60875-fra11 along with a copy of bankruptcy notice of Debtor's Amended mailing list and certification, and deposited in a pre-stamped addressed envelope at the US Post Office on Gateway Street in Springfield, Oregon, or Faxed such notice to the following people:

Barbara K. Parmenter, Pro Se

BAYVIEW LOAN SERVICING, L.L.C.
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, Florida 33146

BAYVIEW LOAN SERVICING, L.L.C.
MALCOLM CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Telephone No. (949) 252-9400
Fax No. (949) 252-1032

HAYDEN HOMES, INC
2464 SW Glacier Place
Redmond, Oregon 97756
Telephone No. (541) 923-6607
Fax No. (541) 548-0761

WELLS FARGO BANK, N.A.,
its successors in interest and or/ assign
RCO LEGAL, P.C.
Ginger Fraiser, Randall Szabo, Scott Grigsby, & Tony Kullen
511 SW 10th Ave., Suite 400
Portland, Oregon 97205
Telephone No. (503) 977-9840
Fax No. (503) 977-7963

WELLS FARGOBANK, NA
Real Estate Mortgages
3478 Stateview Blvd.
MAC #Z7801-013
Ft. Mill, South Carolina 29715

OCWEN Loan Servicing
12650 Ingenuity Drive
Orlando, Florida 32826

Ocwen
Office of the Consumer Ombudsman
Nena Kamman
P.O. Box 785061
Orlando, Florida 32878-5056
Telephone No. (800) 390-4656

NATIONSTAR MORTGAGE, L.L.C.
McCarthy-Holthus, L.L.C.
920 SW Third Avenue, 1st Floor
Portland, Oregon 97204

Nationstar
P.O. Box 650783
Dallas, Texas 75265-0783

4